No. 1221. BARNETT ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *John F. Dugger* for petitioners. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Mervyn Hamburg* for the United States.

No. 1222. S. H. LYNCH & CO., INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied. *Fritz L. Lyne* for petitioner. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli, Norton J. Come,* and *Linda Sher* for respondent.

No. 1226. GREENWOOD MUNICIPAL SEPARATE SCHOOL DISTRICT ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Hardy Lott* for petitioners. *Solicitor General Griswold* and *Assistant Attorney General Leonard* for the United States.

No. 1228. FENTRESS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *William J. Garber* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Kirby W. Patterson* for the United States.

No. 1262. SMITH *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *J. J. Wade, Jr.,* for petitioner. *Solicitor General Griswold* for the United States.

No. 1269. DUGGER *v.* MISSOURI PACIFIC RAILROAD CO. C. A. 5th Cir. Certiorari denied. *James Pope Simpson* for respondent.